**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SAUNDERS, RICHARD ALAN | ) | |
| | ) | CASE NO. 05-43317 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**AMENDED NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

   on:   **January 4, 2008**
   at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                      $          62,360.54

   b. Disbursements                                 $             358.29

   c. Net Cash Available for Distribution           $          62,002.25

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 2,877.65 | $ 387.84 |
| Lee Schwendner, Accountant | $ 307.50 | $ 0.00 | $ 0.00 |
| Bradley J. Waller, Attorney | $ 0.00 | $ 3,090.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $55,646.76, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | MBNA America Bank NA | $ 5,507.77 | $ 5,507.77 |
| 2 | Recovery Management Systems Corporation | $ 410.22 | $ 410.22 |
| 3 | Citibank(South Dakota) NA | $ 1,693.49 | $ 1,693.49 |
| 4 | Citibank(South Dakota) NA | $ 3,524.33 | $ 3,524.33 |
| 5 | Citibank ( South Dakota ) NA | $ 219.98 | $ 219.98 |
| 6 | Citibank ( South Dakota ) NA | $ 546.28 | $ 546.28 |
| 7B | Dell Financial Services, L.P. | $ 674.21 | $ 674.21 |
| 8 | Guardian Anesthesia Associates | $ 978.00 | $ 978.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Checking Account
    c. Savings Account
    d. Household Goods
    e. Misc Books, Tapes, CDs
    f. Wearing Apparel
    g. 35 MM Camera
    h. 26 Shares of Servicemaster Stock
    i. Accounts Receivable-Ken York
    j. 2001 Dodge DaKota
    k. Dell Computer, Scanner, Printer

Dated:   **December 3, 2007**              For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

```
BAE SYSTEMS                  3317   Doc 31   Filed 12/03/07   Entered 12/06/07 00:42:14   Desc Imaged
Bankruptcy Noticing Center                   Certificate of Service   Page 3 of 3
2525 Network Place, 3rd Floor   CERTIFICATE  OF  SERVICE
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1          Date Rcvd: Dec 03, 2007
Case: 05-43317                 Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Dec 05, 2007.
 db         +Richard Alan Saunders,   31 Ronhill Rd.,   Yorkville, IL 60560-9447
 aty        +Angela Spalding, JD,   Macey & Chern,   20 West Kinzie,   Suite 1300,   Chicago, IL 60610-7948
 tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
9966242     +Angela Spalding,   Legal Helpers, PC,   20 W. Kinzie,   13th Floor,   Chicago, IL 60610-6392
9966245     +BP Amoco,   P.O. Box 9014,   Des Moines, IA 50360-0001
9966246      Capital One,   PO Box 85522,   Richmond, VA 23285-5522
9966247     +Castle Bank,   141 W. Lincoln Hwy,   Dekalb, IL 60115-3699
9966248     +Citgo,   Box 9095,   Des Moines, IA 50368-9095
9966249     +Citi AAdvantage World Mastercard,   PO Box 6000,   The Lakes, NV 89163-0001
9966250      Citi Platinum,   P.O. Box 6403,   The Lakes, NV 88901-6403
10667320    +Citibank ( South Dakota ) NA,   Assoc. Shell Payment Center,   4300 Westown Parkway,
              West Des Moines, IA 50266-1266
10660046     Citibank(South Dakota) NA,   Citibank/CHOICE,   Exception Payment Processing,   PO Box 6305,
              The Lakes, NV 88901-6305
9966251     +Community Alliance Home Health Care,   4050 Healthway,   Ste. 110,   Aurora, IL 60504-8184
9966252      Dell Financial Services,   Payment Processing Center,   P.O. Box 4125,
              Carol Stream, IL 60197-4125
10849219    +Dell Financial Services, L.P.,   12234B North I-35,   Austin, Texas 78753-1724
9966253      Direct Merchant's Bank,   Payment Center,   PO Box 4154,   Carol Stream, IL 60197-4154
9966254     +Emergency Treatment SC,   900 Jorie Blvd,   Suite 220,   Oak Brook, IL 60523-3846
9966255     +Guardian Anesthesia Associates,   185 Penny Avenue,   East Dundee, IL 60118-1454
9966256     +JC Penney,   4580 Paradise Blvd.,   Albuquerque, NM 87114-4122
9966257     +MBNA America Bank NA,   P.O. Box 15186 MS 1423,   Wilmington, DE 19850-5186
9966262      PO BOX 12199,   Chicago, IL 60612-0199
9966244     +PO Box 8660,   Saint Louis, MO 63126-0660
9966258     +Providian,   P. O. Box 9023,   Pleasanton, CA 94566-9023
10631880    +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9966259     +Rush Copley Medical Center,   PO Box 352,   Aurora, IL 60507-0352
9966260     +Shell,   Processsing Center,   Des Moines, IA 50367-0001
9966263     +Valley Imaging Consultants LLC,   7808 College Drive,   1SE,   Palos Heights, IL 60463-1095

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9966243      APLM Ltd.
9966261      University of Illinois Medical Ctr
 aty*       +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 aty*       +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
9966241*    +Richard Alan Saunders,   31 Ronhill Rd.,   Yorkville, IL 60560-9447
                                                                                               TOTALS: 2, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 05, 2007**                              **Signature:** _Joseph Speetjens_